| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2016 to 01/10/2017
**Chapter 13 Case No. 14-28749 / KCF**

Walter G. Kierce  
Nora J. Kierce  
161 Deerfield Lane  
Aberdeen  NJ   07747

Petition Filed Date: 09/12/2014  
341 Hearing Date: 10/09/2014  
Confirmation Date: 01/14/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2016 | $2,029.00 | 26730270 | 02/01/2016 | $2,029.00 | 27448660 | 03/02/2016 | $2,029.00 | 28236380 |
| 04/04/2016 | $2,029.00 | 29027940 | 05/02/2016 | $2,029.00 | 29778570 | 06/02/2016 | $2,029.00 | 30573990 |
| 07/05/2016 | $2,029.00 | 31365920 | 08/02/2016 | $2,029.00 | 32115470 | 09/02/2016 | $2,029.00 | 32904120 |
| 10/03/2016 | $2,029.00 | 33693010 | 10/03/2016 | ($2,029.00) | 33693010 | 10/03/2016 | $2,029.00 | 33693010 |
| 11/02/2016 | $2,029.00 | 34468800 | 12/02/2016 | $2,029.00 | 35231590 | 01/03/2017 | $2,029.00 | 35992730 |

**Total Receipts for the Period: $26,377.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $55,096.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Walter G. Kierce | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,595.50 | $1,178.51 | $6,416.99 |
| 2 | DISCOVER BANK | Unsecured Creditors | $11,386.85 | $1,766.78 | $9,620.07 |
| 3 | ALLY FINANCIAL<br>»»  13 CADILLAC SRX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MACYS | Unsecured Creditors | $410.78 | $53.39 | $357.39 |
| 5 | CCAP AUTO LEASE LTD<br>»»  14 JEEP GRAND CHEROKEE/12/10/14 ORDER ASSUME LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,985.90 | $618.45 | $3,367.45 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,188.09 | $960.14 | $5,227.95 |
| 8 | QUANTUM3 GROUP LLC<br>»»  NEWPORT NEWS | Unsecured Creditors | $353.07 | $50.34 | $302.73 |
| 9 | QUANTUM3 GROUP LLC<br>»»  DRESS BARN | Unsecured Creditors | $1,150.51 | $178.51 | $972.00 |
| 10 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $3,264.92 | $506.59 | $2,758.33 |
| 11 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $1,086.21 | $168.53 | $917.68 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $2,074.84 | $321.93 | $1,752.91 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JCPENNEY | Unsecured Creditors | $3,927.96 | $609.46 | $3,318.50 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL | Unsecured Creditors | $2,409.73 | $373.90 | $2,035.83 |

| | | | | | |
|---|---|---|---:|---:|---:|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TOYS R US | Unsecured Creditors | $4,988.02 | $773.94 | $4,214.08 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $3,602.00 | $558.88 | $3,043.12 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $4,710.65 | $730.90 | $3,979.75 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $5,208.49 | $808.15 | $4,400.34 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  KMART | Unsecured Creditors | $568.77 | $73.92 | $494.85 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  DIAMOND HUT | Unsecured Creditors | $3,571.84 | $554.20 | $3,017.64 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARDS | Unsecured Creditors | $3,501.45 | $543.28 | $2,958.17 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYMS | Unsecured Creditors | $2,121.53 | $329.18 | $1,792.35 |
| 23 | CERASTES LLC<br>»»  BARCLAYS | Unsecured Creditors | $1,582.66 | $245.56 | $1,337.10 |
| 24 | CERASTES LLC<br>»»  US AIRWAYS | Unsecured Creditors | $2,542.67 | $394.52 | $2,148.15 |
| 25 | CERASTES LLC<br>»»  BARCLAYS | Unsecured Creditors | $1,822.49 | $282.78 | $1,539.71 |
| 26 | DEPARTMENT OF EDUCATION<br>»»  STUDENT LOAN | Unsecured Creditors | $170,613.84 | $26,472.40 | $144,141.44 |
| 27 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $3,046.19 | $472.65 | $2,573.54 |
| 28 | MERRICK BANK | Unsecured Creditors | $986.75 | $153.10 | $833.65 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $7,891.95 | $1,224.51 | $6,667.44 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  EXXONMOBIL | Unsecured Creditors | $538.38 | $69.98 | $468.40 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GOODYEAR | Unsecured Creditors | $3,985.37 | $618.38 | $3,366.99 |
| 32 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $734.22 | $100.08 | $634.14 |
| 33 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $1,086.62 | $168.60 | $918.02 |
| 34 | JERSEY CITY POLICE FEDERAL CREDIT UNION<br>»»  PERSONAL LOAN | Unsecured Creditors | $5,378.72 | $834.56 | $4,544.16 |
| 35 | XCEL FEDERAL CREDIT UNION<br>»»  PERSONAL LOAN | Unsecured Creditors | $8,651.00 | $1,342.29 | $7,308.71 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  MODELLS | Unsecured Creditors | $332.46 | $51.59 | $280.87 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $7,918.72 | $1,228.67 | $6,690.05 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $1,895.11 | $294.04 | $1,601.07 |
| 39 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CITIBANK | Unsecured Creditors | $5,748.81 | $891.98 | $4,856.83 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BED BATH & BEYOND | Unsecured Creditors | $6,842.35 | $1,061.66 | $5,780.69 |
| 41 | MAVERICK FUNDING CORPORATION<br>»»  P/161 DEERFIELD LN/1ST MTG | Mortgage Arrears | $962.95 | $962.95 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,096.00 | Plan Balance: | $64,928.00 ** |
| Paid to Claims: | $50,279.28 | Current Monthly Payment: | $2,029.00 |
| Paid to Trustee: | $2,852.94 | Arrearages: | $0.00 |
| Funds on Hand: | $1,963.78 | Total Plan Base: | $120,024.00 |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**