UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

43689
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba
Chrysler Capital as servicer for CCAP Auto Lease Ltd.
JM-5630

Order Filed on March 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
WALTER G. KIERCE
NORA J. KIERCE

Case No.: 14-28749 (KCF)

Adv. No.:

Hearing Date:  3-8-2017

Judge: Hon. Kathryn C. Ferguson

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Walter and Nora Kierce / 43689
Case No:   14-28749 (KCF)
Order Vacating Automatic Stay and Co-Debtor Stay


Upon consideration of the motion of **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Joanna Kierce** to permit **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** to pursue its rights in the personal property described below and as to the co-debtor. The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2014 Jeep Grand Cherokee
Vehicle Identification Number
1C4RJFAG7EC392001