UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43689
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
JM-5630

Order Filed on March 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
WALTER G. KIERCE
NORA J. KIERCE

Case No.: 14-28749 (KCF)

Adv. No.:

Hearing Date:  3-8-2017

Judge: Hon. Kathryn C. Ferguson

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Walter and Nora Kierce / 43689
Case No:   14-28749 (KCF)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Joanna Kierce** to permit **Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.** to pursue its rights in the personal property described below and as to the co-debtor. The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2014 Jeep Grand Cherokee
Vehicle Identification Number
1C4RJFAG7EC392001

United States Bankruptcy Court
District of New Jersey

In re:  
Walter G. Kierce  
Nora J. Kierce  
      Debtors

Case No. 14-28749-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 10, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db/jdb        +Walter G. Kierce,    Nora J. Kierce,    161 Deerfield Lane,    Aberdeen, NJ 07747-1310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Maverick Funding Corp. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Joshua I. Goldman    on behalf of Creditor    Maverick Funding Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Warren   Brumel    on behalf of Debtor Walter G. Kierce wbrumel@keyportlaw.com, BrumelLawECF@gmail.com  
       Warren   Brumel    on behalf of Joint Debtor Nora J. Kierce wbrumel@keyportlaw.com, BrumelLawECF@gmail.com

                                                                                                         TOTAL: 8