| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 14-28749 / KCF**

Walter G. Kierce  
Nora J. Kierce  
161 Deerfield Lane  
Aberdeen  NJ   07747

Petition Filed Date: 09/12/2014  
341 Hearing Date: 10/09/2014  
Confirmation Date: 01/14/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2017 | $2,029.00 | 35992730 | 02/03/2017 | $2,029.00 | 36816650 | 03/02/2017 | $2,029.00 | 37621820 |
| 04/03/2017 | $2,029.00 | 38495660 | 05/01/2017 | $2,029.00 | 39273800 | 06/02/2017 | $2,029.00 | 40114760 |
| 07/03/2017 | $2,029.00 | 40961930 | 08/02/2017 | $2,029.00 | 41743340 | 09/06/2017 | $2,029.00 | 42553480 |
| 10/03/2017 | $2,029.00 | 43309010 | 11/02/2017 | $2,029.00 | 44138570 | 12/04/2017 | $2,029.00 | 44872700 |
| 01/03/2018 | $2,029.00 | 45635820 | 02/02/2018 | $2,029.00 | 46398880 | | | |

**Total Receipts for the Period:  $28,406.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $81,473.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Walter G. Kierce | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,595.50 | $1,750.15 | $5,845.35 |
| 2 | DISCOVER BANK | Unsecured Creditors | $11,386.85 | $2,623.74 | $8,763.11 |
| 3 | ALLY FINANCIAL<br>»» 13 CADILLAC SRX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MACYS | Unsecured Creditors | $410.78 | $89.53 | $321.25 |
| 5 | CCAP AUTO LEASE LTD<br>»» 14 JEEP GRAND CHEROKEE/12/10/14 ORDER ASSUME LEASE/SV 3/9/17 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,985.90 | $918.43 | $3,067.47 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,188.09 | $1,425.86 | $4,762.23 |
| 8 | QUANTUM3 GROUP LLC<br>»» NEWPORT NEWS | Unsecured Creditors | $353.07 | $81.35 | $271.72 |
| 9 | QUANTUM3 GROUP LLC<br>»» DRESS BARN | Unsecured Creditors | $1,150.51 | $250.73 | $899.78 |
| 10 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $3,264.92 | $752.30 | $2,512.62 |
| 11 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,086.21 | $236.72 | $849.49 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $2,074.84 | $478.09 | $1,596.75 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCPENNEY | Unsecured Creditors | $3,927.96 | $905.08 | $3,022.88 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $2,409.73 | $555.24 | $1,854.49 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $4,988.02 | $1,149.33 | $3,838.69 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $3,602.00 | $829.97 | $2,772.03 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $4,710.65 | $1,085.42 | $3,625.23 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $5,208.49 | $1,200.14 | $4,008.35 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» KMART | Unsecured Creditors | $568.77 | $127.50 | $441.27 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DIAMOND HUT | Unsecured Creditors | $3,571.84 | $823.03 | $2,748.81 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PC RICHARDS | Unsecured Creditors | $3,501.45 | $806.81 | $2,694.64 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYMS | Unsecured Creditors | $2,121.53 | $488.84 | $1,632.69 |
| 23 | CERASTES LLC<br>»» BARCLAYS | Unsecured Creditors | $1,582.66 | $364.67 | $1,217.99 |
| 24 | CERASTES LLC<br>»» US AIRWAYS | Unsecured Creditors | $2,542.67 | $585.88 | $1,956.79 |
| 25 | CERASTES LLC<br>»» BARCLAYS | Unsecured Creditors | $1,822.49 | $419.94 | $1,402.55 |
| 26 | DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors | $170,613.84 | $39,312.69 | $131,301.15 |
| 27 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $3,046.19 | $701.89 | $2,344.30 |
| 28 | MERRICK BANK | Unsecured Creditors | $986.75 | $215.04 | $771.71 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $7,891.95 | $1,818.46 | $6,073.49 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EXXONMOBIL | Unsecured Creditors | $538.38 | $120.69 | $417.69 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $3,985.37 | $918.31 | $3,067.06 |
| 32 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $734.22 | $160.01 | $574.21 |
| 33 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $1,086.62 | $236.80 | $849.82 |
| 34 | JERSEY CITY POLICE FEDERAL CREDIT UNION<br>»» PERSONAL LOAN | Unsecured Creditors | $5,378.72 | $1,239.36 | $4,139.36 |
| 35 | XCEL FEDERAL CREDIT UNION<br>»» PERSONAL LOAN | Unsecured Creditors | $8,651.00 | $1,993.35 | $6,657.65 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MODELLS | Unsecured Creditors | $332.46 | $68.28 | $264.18 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $7,918.72 | $1,824.63 | $6,094.09 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $1,895.11 | $436.67 | $1,458.44 |
| 39 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $5,748.81 | $1,324.64 | $4,424.17 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BED BATH & BEYOND | Unsecured Creditors | $6,842.35 | $1,576.61 | $5,265.74 |
| 41 | MAVERICK FUNDING CORPORATION<br>»» P/161 DEERFIELD LN/1ST MTG | Mortgage Arrears | $962.95 | $962.95 | $0.00 |

**Chapter 13 Case No. 14-28749 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $81,473.00 | Plan Balance: | $38,551.00 ** |
| Paid to Claims: | $73,109.13 | Current Monthly Payment: | $2,029.00 |
| Paid to Trustee: | $4,486.26 | Arrearages: | $0.00 |
| Funds on Hand: | $3,877.61 | Total Plan Base: | $120,024.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**