B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Walter G. Kierce; Nora J. Kierce; aka Nora J. O'Brien Kierce; aka Nora J. O'Brien    Case No. 14-28749-KCF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Maverick Funding Corp. c/o Cenlar FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234
Phone:
Last Four Digits of Acct #:  6008

Court Claim # (if known): 41-1
Amount of Claim: $369,025.81
Date Claim Filed: 01/07/2015

Phone:
Last Four Digits of Acct. #: 6008

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone:
Last Four Digits of Acct #: 6008

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile    Date: 09/10/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.