| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 14-28749 / KCF**

Walter G. Kierce
Nora J. Kierce

Petition Filed Date: 09/12/2014
341 Hearing Date: 10/09/2014
Confirmation Date: 01/14/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $2,029.00 | 45635820 | 02/02/2018 | $2,029.00 | 46398880 | 03/02/2018 | $2,029.00 | 47181790 |
| 04/02/2018 | $2,029.00 | 48019160 | 05/02/2018 | $2,029.00 | 48824430 | 06/04/2018 | $2,029.00 | 49669010 |
| 07/02/2018 | $2,029.00 | 50351840 | 08/02/2018 | $2,029.00 | 51197720 | 09/04/2018 | $2,029.00 | 51983390 |
| 10/01/2018 | $2,029.00 | 52772600 | 10/01/2018 | ($2,029.00) | 52772600 | 10/02/2018 | $2,029.00 | 52772600 |
| 11/02/2018 | $2,029.00 | 53612610 | 12/03/2018 | $2,029.00 | 54340010 | | | |

**Total Receipts for the Period: $24,348.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $103,792.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Walter G. Kierce | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,595.50 | $2,318.71 | $5,276.79 |
| 2 | DISCOVER BANK | Unsecured Creditors | $11,386.85 | $3,476.17 | $7,910.68 |
| 3 | ALLY FINANCIAL<br>»» 13 CADILLAC SRX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MACYS | Unsecured Creditors | $410.78 | $122.85 | $287.93 |
| 5 | CCAP AUTO LEASE LTD<br>»» 14 JEEP GRAND CHEROKEE/12/10/14 ORDER ASSUME LEASE/SV 3/9/17 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,985.90 | $1,216.81 | $2,769.09 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $6,188.09 | $1,889.09 | $4,299.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» NEWPORT NEWS | Unsecured Creditors | $353.07 | $96.80 | $256.27 |
| 9 | QUANTUM3 GROUP LLC<br>»» DRESS BARN | Unsecured Creditors | $1,150.51 | $344.08 | $806.43 |
| 10 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $3,264.92 | $996.71 | $2,268.21 |
| 11 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,086.21 | $324.85 | $761.36 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $2,074.84 | $633.40 | $1,441.44 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCPENNEY | Unsecured Creditors | $3,927.96 | $1,199.12 | $2,728.84 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $2,409.73 | $735.64 | $1,674.09 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $4,988.02 | $1,522.74 | $3,465.28 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $3,602.00 | $1,099.61 | $2,502.39 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $4,710.65 | $1,438.06 | $3,272.59 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $5,208.49 | $1,590.02 | $3,618.47 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» KMART | Unsecured Creditors | $568.77 | $166.56 | $402.21 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DIAMOND HUT | Unsecured Creditors | $3,571.84 | $1,090.41 | $2,481.43 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PC RICHARDS | Unsecured Creditors | $3,501.45 | $1,068.92 | $2,432.53 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYMS | Unsecured Creditors | $2,121.53 | $647.66 | $1,473.87 |
| 23 | CERASTES LLC<br>»» BARCLAYS | Unsecured Creditors | $1,582.66 | $483.16 | $1,099.50 |
| 24 | CERASTES LLC<br>»» US AIRWAYS | Unsecured Creditors | $2,542.67 | $776.22 | $1,766.45 |
| 25 | CERASTES LLC<br>»» BARCLAYS | Unsecured Creditors | $1,822.49 | $556.37 | $1,266.12 |
| 26 | DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors | $170,613.84 | $52,084.74 | $118,529.10 |
| 27 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $3,046.19 | $929.92 | $2,116.27 |
| 28 | MERRICK BANK | Unsecured Creditors | $986.75 | $295.10 | $691.65 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $7,891.95 | $2,409.21 | $5,482.74 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EXXONMOBIL | Unsecured Creditors | $538.38 | $157.66 | $380.72 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $3,985.37 | $1,216.63 | $2,768.74 |
| 32 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $734.22 | $215.02 | $519.20 |
| 33 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $1,086.62 | $324.97 | $761.65 |
| 34 | JERSEY CITY POLICE FEDERAL CREDIT UNION<br>»» PERSONAL LOAN | Unsecured Creditors | $5,378.72 | $1,642.00 | $3,736.72 |
| 35 | XCEL FEDERAL CREDIT UNION<br>»» PERSONAL LOAN | Unsecured Creditors | $8,651.00 | $2,640.96 | $6,010.04 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» MODELLS | Unsecured Creditors | $332.46 | $86.99 | $245.47 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $7,918.72 | $2,417.41 | $5,501.31 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $1,895.11 | $578.54 | $1,316.57 |
| 39 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $5,748.81 | $1,754.96 | $3,993.85 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BED BATH & BEYOND | Unsecured Creditors | $6,842.35 | $2,088.79 | $4,753.56 |
| 41 | HOME POINT FINANCIAL CORPORATION<br>»» P/161 DEERFIELD LN/1ST MTG/MAVERICK | Mortgage Arrears | $962.95 | $962.95 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $103,792.00 | Plan Balance: | $16,232.00 ** |
| Paid to Claims: | $95,849.81 | Current Monthly Payment: | $2,029.00 |
| Paid to Trustee: | $5,977.54 | Arrearages: | $0.00 |
| Funds on Hand: | $1,964.65 | Total Plan Base: | $120,024.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**