Certificate Number: 03088-NJ-DE-033067862

Bankruptcy Case Number: 14-28749



03088-NJ-DE-033067862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 6, 2019</u>, at <u>12:58</u> o'clock <u>PM CDT</u>, <u>Nora J OBrien Kierce</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>July 6, 2019</u>

By:  <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>