| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Walter G. Kierce | Social Security number or ITIN   xxx–xx–7056 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nora J. Kierce | Social Security number or ITIN   xxx–xx–3394 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   14–28749–MBK | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter G. Kierce

Nora J. Kierce
aka Nora J. O'Brien Kierce, aka Nora J. O'Brien

12/18/19

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Walter G. Kierce
Nora J. Kierce
        Debtors

Case No. 14-28749-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Dec 18, 2019
                             Form ID: 3180W       Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
```
db/jdb        +Walter G. Kierce,   Nora J. Kierce,   161 Deerfield Lane,   Aberdeen, NJ 07747-1310
cr            +Santander Consumer USA Inc., dba Chrysler Capital,   P.O Box 562088, Suite 900 North,
               Dallas, TX 75356-2088
515239700     +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515045788    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,   PO Box 182676,   Columbus, OH 43218)
515263541     +Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
515245953    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
515069725     +Exxon Mobil - Citibank,   PO Box 790394,   St Louis, MO 63179-0394
515045782      FedLoan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
515045785     +Goodyear Tire,   PO Box 6497,   Sioux Falls, SD 57117-6497
515045786      Great Lakes Educational Loan Services,   PO Box 530229,   Atlanta, GA 30353-0229
515045787     +Home Depot,   PO Box 790328,   Saint Louis, MO 63179-0328
517747739     +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234-6451
517747740     +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234,
               Home Point Financial Corporation,   11511 Luna Road, Suite 300,
               Farmers Branch, TX 75234-6451
515069726     +Jersey City Police FCU,   161 Sterling Ave,   Jersey City, NJ 07305-1477
515258464     +Jersey City Police Federal Credit Union,   c/o Michael R. DuPont, Esq.,   229 Broad St,
               PO Box 610,   Red Bank, NJ 07701-0610
515045795     +Maverick Funding Corp,   9 Entin Rd,   Ste 200,   Parsippany, NJ 07054-5000
515069724     +Shell-Citibank,   PO Box 790394,   St Louis, MO 63179-0394
515258777     +XCEL Federal Credit Union,   c/o Michael R. DuPont, Esq.,   229 Broad St,   PO Box 610,
               Red Bank, NJ 07701-0610
515045808     +XCel FCU,   PO Box 2618,   Secaucus, NJ 07096-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:11     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515045768     +EDI: GMACFS.COM Dec 19 2019 04:43:00     Ally Financial,   Att: Bankruptcy Dept,
               PO Box 380901,   Bloomington, MN 55438-0901
515057032      EDI: GMACFS.COM Dec 19 2019 04:43:00     Ally Financial serviced by Ally Servicing LLC,
               PO Box 130424,   Roseville, MN 55113-0004
515045769      EDI: AMEREXPR.COM Dec 19 2019 04:43:00     American Express,   PO Box 981535,
               El Paso, TX 79998-1535
515114432      EDI: BECKLEE.COM Dec 19 2019 04:43:00     American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
515121259      EDI: BECKLEE.COM Dec 19 2019 04:43:00     American Express Centurion Bank,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515045770      EDI: BANKAMER.COM Dec 19 2019 04:43:00     Bank of America,   PO Box 982235,
               El Paso, TX 79998-2235
515045773      EDI: CHASE.COM Dec 19 2019 04:43:00     BP Oil,   PO Box 15298,   Wilmington, DE 19850-5298
515045771     +EDI: TSYS2.COM Dec 19 2019 04:43:00     Barclays Bank Delaware,   700 Prides Crossing,
               Newark, DE 19713-6109
515045772      EDI: RMSC.COM Dec 19 2019 04:43:00     Bill Me Later,   PO Box 2394,   Omaha, NE 68103-2394
515101139     +EDI: CHRM.COM Dec 19 2019 04:43:00     CCAP Auto Lease LTD.,   P.O. Box 961278,
               Fort Worth, TX 76161-0278
515045774      EDI: CAPITALONE.COM Dec 19 2019 04:43:00     Capital One,   Bankruptcy Department,
               PO Box 30285,   Salt Lake City, UT 84130-0285
515178783      EDI: BL-BECKET.COM Dec 19 2019 04:43:00     Capital One, N.A.,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
515045775      EDI: CHASE.COM Dec 19 2019 04:43:00     Chase,   PO Box 15298,   Att: Bankruptcy Dept,
               Wilmington, DE 19850-5298
515261504     +EDI: CITICORP.COM Dec 19 2019 04:43:00     Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
515192184     +EDI: CRFRSTNA.COM Dec 19 2019 04:43:00     Credit First NA,   PO Box 818011,
               Cleveland, OH 44181-8011
515045776     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 19 2019 00:33:55     Credit One Bank,
               PO Box 98873,   Las Vegas, NV 89193-8873
515045777      E-mail/PDF: DellBKNotifications@resurgent.com Dec 19 2019 00:34:42     Dell Preferred Account,
               PO Box 81577,   Austin, TX 78708-1577
515045779      EDI: DISCOVER.COM Dec 19 2019 04:43:00     Discover Financial,   PO Box 15316,
               Wilmington, DE 19850
515045780      EDI: DISCOVER.COM Dec 19 2019 04:43:00     Discover Financial Services,   PO Box 15316,
               Wilmington, DE 19850-5316
515067452     +EDI: TSYS2.COM Dec 19 2019 04:43:00     Department Stores National Bank/Macys,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
```

District/off: 0312-3          User: admin                    Page 2 of 3              Date Rcvd: Dec 18, 2019
                             Form ID: 3180W                  Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515045778     +EDI: RMSC.COM Dec 19 2019 04:43:00     Diamond Hut/Syncb,    PO Box 965036,
               Orlando, FL 32896-5036
515055886      EDI: DISCOVER.COM Dec 19 2019 04:43:00     Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
515045781      EDI: WFNNB.COM Dec 19 2019 04:43:00     Dress Barn,    WFNNB,    PO Box 182782,
               Columbus, OH 43218-2782
515045783      EDI: CRFRSTNA.COM Dec 19 2019 04:43:00     Firestone Complete Auto Care,    PO Box 81410,
               Cleveland, OH 44181-0410
515045784     +EDI: RMSC.COM Dec 19 2019 04:43:00     GE Capital Retail Bank,    PO Box 103106,
               Roswell, GA 30076-9106
515045789     +EDI: RMSC.COM Dec 19 2019 04:43:00     JC Penney/Syncrony,    PO Box 965007,
               Orlando, FL 32896-5007
515045790      E-mail/Text: bncnotices@becket-lee.com Dec 19 2019 00:31:14     Kohl's,    PO Box 3043,
               Milwaukee, WI 53201-3043
515248651      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 00:34:48
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515045791     +EDI: RMSC.COM Dec 19 2019 04:43:00     Lowe's,    Att: Bankruptcy Dept,    PO Box 103104,
               Roswell, GA 30076-9104
515245960      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 00:33:33     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515045792     +EDI: TSYS2.COM Dec 19 2019 04:43:00     Macy's,    Att: Bankruptcy Dept.,    PO Box 8053,
               Mason, OH 45040-8053
515045793      EDI: WFNNB.COM Dec 19 2019 04:43:00     Mandee,    Att: WFNNB,    PO Box 182782,
               Columbus, OH 43218-2782
515045794      EDI: CHASE.COM Dec 19 2019 04:43:00     Marriott Rewards,    PO Box 15298,
               Wilmington, DE 19850-5298
515045796     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 00:33:29     Merrick Bank,
               Cardworks Servicing,    PO Box 9201,    Old Bethpage, NY 11804-9001
515045797     +EDI: RMSC.COM Dec 19 2019 04:43:00     Modell's,    GE Money Bank,    PO Box 103104,
               Roswell, GA 30076-9104
515045798      EDI: WFNNB.COM Dec 19 2019 04:43:00     Newport News/WFNNB,    PO Box 182273,
               Columbus, OH 43218-2273
515045800     +EDI: RMSC.COM Dec 19 2019 04:43:00     PC Richards/GE Capital Retail bank,
               Att: Bankruptcy Department,    PO Box 103106,    Roswell, GA 30076-9106
515263416      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               C/O BED BATH & BEYOND MASTERCARD,    POB 41067,    Norfolk, VA 23541
515228883      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
               POB 41067,    Norfolk VA 23541
515228884      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o Capital One - Kmart,    POB 41067,    Norfolk VA 23541
515228882      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o Capital One/HSBC,    POB 41067,    Norfolk VA 23541
515233827      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Diamond Hut,
               POB 41067,    Norfolk VA 23541
515248528      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
               POB 41067,    Norfolk VA 23541
515248576      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Goodyear,
               POB 41067,    Norfolk VA 23541
515208270      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o JC Penney Credit Card,    POB 41067,    Norfolk VA 23541
515259802      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
               POB 41067,    Norfolk VA 23541
515259799      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o MODELLS MVP,
               POB 41067,    Norfolk VA 23541
515233828      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o PC Richards,
               POB 41067,    Norfolk VA 23541
515208271      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o Paypal Smart Connect,    POB 41067,    Norfolk VA 23541
515233832      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o Syms,
               POB 41067,    Norfolk VA 23541
515208272      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o TOYS "R"US CREDIT CARD,    POB 41067,    Norfolk VA 23541
515248442      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
               POB 41067,    Norfolk VA 23541
515208268      EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
               c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515045799     +EDI: RMSC.COM Dec 19 2019 04:43:00     Pay Pal,    GE Money Bank,    Att: Bankruptcy Dept.,
               PO Box 103104,    Roswell, GA 30076-9104
515138068      EDI: Q3G.COM Dec 19 2019 04:43:00     Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
516346508     +EDI: Q3G.COM Dec 19 2019 04:43:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
               MOMA Funding LLC 98083-0788
516346507      EDI: Q3G.COM Dec 19 2019 04:43:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
515045801      EDI: CHASE.COM Dec 19 2019 04:43:00     Slate from Chase,    PO Box 15298,
               Wilmington, DE 19850-5298

```
District/off: 0312-3          User: admin             Page 3 of 3            Date Rcvd: Dec 18, 2019
                              Form ID: 3180W          Total Noticed: 85
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515045802      +EDI: WTRRNBANK.COM Dec 19 2019 04:43:00      Target Card Services,    PO Box 9500,
                 Minneapolis, MN 55440-9500
515045803       EDI: CHASE.COM Dec 19 2019 04:43:00       Toys R Us,    PO Box 15298,    Wilmington, DE 19850-5298
515045804       EDI: TSYS2.COM Dec 19 2019 04:43:00       US Airways,    Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
515045805       EDI: USBANKARS.COM Dec 19 2019 04:43:00      US Bank,    Cardmember Services,    PO Box 6335,
                 Fargo, ND 58125-6335
515045806       EDI: ECMC.COM Dec 19 2019 04:43:00       US Dept of Education,    Direct Loan Servicing,
                 Att: Bankruptcy Unit,    PO Box 5609,    Greenville, TX 75403-5609
515045807      +EDI: RMSC.COM Dec 19 2019 04:43:00       Walmart,    GE Money Bank,    Bankruptcy Dept.,
                 PO Box 103104,    Roswell, GA 30076-9104
                                                                                     TOTAL: 66


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515208315*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
```
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Maverick Funding Corp.
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
           as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Maverick Funding Corp. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Home Point Financial Corporation
           rsolarz@kmllawgroup.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren  Brumel    on behalf of Debtor Walter G. Kierce wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;wbrumel@keyportlaw.com
          Warren  Brumel    on behalf of Joint Debtor Nora J. Kierce wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                              TOTAL: 9
```